**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00319-CV**
**NO. 09-14-00320-CV**

_____

**MICHAEL WAYNE HANCOCK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 75th District Court**
**Liberty County, Texas**
**Trial Cause Nos. CR28749 and CR28750**

**MEMORANDUM OPINION**

The appellant, Michael Wayne Hancock, filed a motion to dismiss. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal in either case. We grant the motion and dismiss the appeals.

APPEALS DISMISSED.

1

_____

LEANNE JOHNSON
Justice

Submitted on September 3, 2014
Opinion Delivered September 4, 2014

Before McKeithen, C.J., Horton and Johnson, JJ.